**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8265**

_____

UNITED STATES OF AMERICA,

                  Plaintiff - Appellee,

            v.

BRIAN ANTWANINE JOHNSON, a/k/a Fudd,

                  Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.    Leonie M. Brinkema, District Judge.  (1:98-cr-00283-LMB-l)

_____

Submitted:  April 23, 2009            Decided:  May 1, 2009

_____

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian Antwanine Johnson, Appellant Pro Se.  Gordon D. Kromberg, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Antwanine Johnson appeals from the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Johnson, No. 1:98-cr-00283-LMB-1 (E.D. Va. Oct. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED